# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Hector Favela § Case No. 14-15959
Angelica Favela §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/29/2014 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 6,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 350.00 |
| Bank service fees | | 100.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 5,550.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/13/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,350.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,350.00 , for a total compensation of $ 1,350.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/20/2016                    By: /s/GREGG SZILAGYI
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-15959 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | Hector Favela | | | | Date Filed (f) or Converted (c): | 04/29/2014 (f) |
| | Angelica Favela | | | | 341(a) Meeting Date: | 05/22/2014 |
| For Period Ending: | 09/20/2016 | | | | Claims Bar Date: | 07/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account - CHASE | 500.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. BOOKS PICTURES ART ETC | 50.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 5. JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| 6. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 7. AUTOMOBILE OR OTHER VEHICLE 2012 FORD FUSION | 11,843.00 | 0.00 | | 0.00 | FA |
| 8. AUTOMOBILE OR OTHER VEHICLE - 2014 FORD FOCUS | 14,497.00 | 0.00 | | 0.00 | FA |
| 9. AUTOMOBILE OR OTHER VEHICLE - 2008 NISSAN SENTRA | 6,555.00 | 0.00 | | 0.00 | FA |
| 10. MEXICAN REAL ESTATE (u) | Unknown | 0.00 | | 6,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $35,945.00 | $0.00 | | $6,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS REVOKED THE DEBTORS DISCHARGE.  THE TRUSTEE IN PROCESS OF EVALUATING WHETHER ADDITIONAL ASSETS MAY BE RECOVERED.

TFR TO BE FILED BEFORE 8-31-2016.

Initial Projected Date of Final Report (TFR): 06/01/2016     Current Projected Date of Final Report (TFR): 09/01/2016

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-15959 | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|
| Case Name: | Hector Favela | Bank Name: | Associated Bank |
| | Angelica Favela | Account Number/CD#: | XXXXXX2906 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5758 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/20/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/22/15 | 10 | ANGELICA FAVELA | REMAINING SALES PROCEEDS FROM UNDISCLOSED REAL ESTATE | 1210-000 | $6,000.00 | | $6,000.00 |
| 07/22/15 | 101 | Clerk of the U. S. Bankruptcy Court 219 S. Dearborn Street Chicago, Il 60604 | Flling fee for adversary | 2700-000 | | $350.00 | $5,650.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,640.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,630.00 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,620.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,610.00 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,600.00 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,590.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,580.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,570.00 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,560.00 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,550.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*          Page Subtotals:          $6,000.00          $450.00

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $6,000.00 | $450.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,000.00 | $450.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,000.00 | $450.00 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2906 - Checking | $6,000.00 | $450.00 | $5,550.00 |
|  | $6,000.00 | $450.00 | $5,550.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,000.00 |
| Total Gross Receipts: | $6,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-15959  
Debtor Name: Hector Favela  
Claims Bar Date: 7/13/2015  

Date: September 20, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, Illinois 60605<br>, | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,350.00 | $1,350.00 |
| 100 2700 | Clerk of the U. S. Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, Il 60604 | Administrative<br>Payment Status:<br>Valid To Pay | DEFERRED REOPENING FEE | $0.00 | $260.00 | $260.00 |
| 3 280 5800 | IRS<br>Bankruptcy Dept.<br>Po Box 7346<br>Philadelphia,Pa 19101 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 04/20/2015 | $0.00 | $12,141.49 | $12,141.49 |
| 1 300 7100 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/14/2015 | $0.00 | $522.94 | $522.94 |
| 2 300 7100 | Ford Motor Credit Company Llc<br>P. O. Box 62180<br>Colorado Springs, Co 80962 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/15/2015 | $0.00 | $20,304.50 | $20,304.50 |
| 3-1 300 7100 | IRS<br>Bankruptcy Dept.<br>Po Box 7346<br>Philadelphia,Pa 19101 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,601.44 | $2,601.44 |
| 4 300 7100 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/21/2015 | $0.00 | $627.08 | $627.08 |
| 5 300 7100 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/21/2015 | $0.00 | $177.26 | $177.26 |
| 6 300 7100 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/21/2015 | $0.00 | $513.63 | $513.63 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-15959  
Debtor Name: Hector Favela  
Claims Bar Date: 7/13/2015  

Date: September 20, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/21/2015 | $0.00 | $340.65 | $340.65 |
| 8<br>300<br>7100 | Trumbull - The Hartford<br>Douglas Knight And Associates<br>Po Box 10517<br>Bradenton, Fl 34282 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 05/11/2015 | $0.00 | $8,323.72 | $8,323.72 |
| 9<br>300<br>7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 06/08/2015 | $0.00 | $448.79 | $448.79 |
| 10<br>300<br>7100 | American Infosource Lp As Agent<br>For<br>T Mobile/T-Mobile Usa Inc<br>Po Box 248848<br>Oklahoma City, Ok 73124-8848 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 06/18/2015 | $0.00 | $512.36 | $512.36 |
| | Case Totals | | | $0.00 | $48,123.86 | $48,123.86 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-15959
Case Name: Hector Favela
      Angelica Favela
Trustee Name: GREGG SZILAGYI

|  | Balance on hand | $ | 5,550.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GREGG SZILAGYI | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Charges: Clerk of the U. S. Bankruptcy Court DEFERRED REOPENING FEE | $ 260.00 | $ 0.00 | $ 260.00 |

Total to be paid for chapter 7 administrative expenses      $ 1,610.00

Remaining Balance      $ 3,940.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 12,141.49 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | IRS | $ 12,141.49 | $ 0.00 | $ 3,940.00 |
| | Total to be paid to priority creditors | | | $ 3,940.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,372.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $ 522.94 | $ 0.00 | $ 0.00 |
| 2 | Ford Motor Credit Company Llc | $ 20,304.50 | $ 0.00 | $ 0.00 |
| 3-1 | IRS | $ 2,601.44 | $ 0.00 | $ 0.00 |
| 4 | Quantum3 Group Llc As Agent For | $ 627.08 | $ 0.00 | $ 0.00 |
| 5 | Quantum3 Group Llc As Agent For | $ 177.26 | $ 0.00 | $ 0.00 |
| 6 | Quantum3 Group Llc As Agent For | $ 513.63 | $ 0.00 | $ 0.00 |
| 7 | Quantum3 Group Llc As Agent For | $ 340.65 | $ 0.00 | $ 0.00 |
| 8 | Trumbull - The Hartford | $ 8,323.72 | $ 0.00 | $ 0.00 |
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | $ 448.79 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | American Infosource Lp As Agent For | $ 512.36 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE