**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| HECTOR FAVELA | ) | Case No. 14-15959 |
| ANGELICA FAVELA | ) | |
| Debtor(s) | ) | Hon. Pamela Hollis |
| | ) | |
| | ) | Hearing Date:  October 20, 2016 |
| | ) | Hearing Time: 10:00 a.m. |

\* \* \*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, affirms and certifies that a true, correct and **exact** copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object was served upon the attached SERVICE LIST by first class U.S. Mail on September 27, 2016.

GREGG SZILAGYI, Trustee

By: /s/ Gregg Szilagyi
One of his Attorneys

Gregg Szilagyi (ARDC #6198555)
542 South Dearborn Street
Suite 1400
Chicago, Illinois 60605
Telephone: (312) 663-0801

## SERVICE LIST

**AMERICAN INFOSOURCE LP, as agent for**
**TD Bank, USA**
**PO Box 248866**
**Oklahoma City, OK  73124-8866**

**FORD MOTOR CREDIT COMPANY LLC**
**P. O. Box 62180**
**Colorado Springs, Co 80962**

**IRS**
**Bankruptcy Dept.**
**Po Box 7346**
**Philadelphia,Pa 19101**

**QUANTUM3 GROUP LLC, as agent for**
**Moma Funding Llc**
**Po Box 788**
**Kirkland, Wa 98083-0788**

**TRUMBULL – THE HARTFORD c/o**
**Douglas Knight And Associates**
**Po Box 10517**
**Bradenton, Fl 34282**

**PYOD, LLC, as assignee**
**of Citibank, N.A.**
**Resurgent Capital Services**
**Po Box 19008**
**Greenville, Sc 29602**

**United States Trustee**
**219 S. Dearborn Street**
**Chicago, IL 60604**