UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: § <br> § <br> Hector Favela §    Case No. 14-15959 <br> Angelica Favela § <br> § <br>          Debtors § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    GREGG SZILAGYI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 32,895.00 <br> *(Without deducting any secured claims)* | Assets Exempt: 3,050.00 |
| Total Distributions to Claimants: 3,940.00 | Claims Discharged <br> Without Payment: 11,603,500.86 |
| Total Expenses of Administration: 2,060.00 | |

    3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

```
```

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 47,713.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,060.00 | 2,060.00 | 2,060.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,390.00 | 12,141.49 | 12,141.49 | 3,940.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 11,506,824.00 | 34,372.37 | 34,372.37 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 11,560,927.00 | $ 48,573.86 | $ 48,573.86 | $ 6,000.00 |

4) This case was originally filed under chapter 7 on 04/29/2014 . The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/15/2018            By:/s/GREGG SZILAGYI, TRUSTEE
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MEXICAN REAL ESTATE | 1210-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CHASE | | 6,723.00 | NA | NA | 0.00 |
| 2 | FORD CRED | | 20,304.00 | NA | NA | 0.00 |
| 3 | Santander Consumer USA | | 20,686.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. Po Box 901076 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Attn: Bankruptcy Dept. Po Box 961245 | | 0.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. Po Box Box 542000 | | 0.00 | NA | NA | 0.00 |
| | Ft Worth TX 76101 | | 0.00 | NA | NA | 0.00 |
| | Ft Worth TX 76161 | | 0.00 | NA | NA | 0.00 |
| | Omaha NE 68154 | | 0.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 47,713.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGG SZILAGYI | 2100-000 | NA | 1,350.00 | 1,350.00 | 1,350.00 |
| Associated Bank | 2600-000 | NA | 100.00 | 100.00 | 100.00 |
| Clerk of the U. S. Bankruptcy Court | 2700-000 | NA | 610.00 | 610.00 | 610.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,060.00 | $ 2,060.00 | $ 2,060.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 Acct #: | | 6,390.00 | NA | NA | 0.00 |
| 3 | IRS | 5800-000 | NA | 12,141.49 | 12,141.49 | 3,940.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 6,390.00 | $ 12,141.49 | $ 12,141.49 | $ 3,940.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Armor Systems CO Attn: Bankruptcy Dept. 1700 Kiefer Dr Ste 1 Zion IL 60099 | | 52.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10 COMENITY BANK/Dressbrn Attn: Bankruptcy Dept. Po Box 182789 Columbus OH 43218 | | 58.00 | NA | NA | 0.00 |
| | 11 COMENITY BANK/Vctrssec Attn: Bankruptcy Dept. Po Box 182789 Columbus OH 43218 | | 329.00 | NA | NA | 0.00 |
| | 12 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| | 13 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| | 14 Gecrb/SAMS CLUB Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 : XXXXX2221 15 Geico Insurance Bankruptcy Dept. 1 Geico Center Macon GA 31296 | | 11,452,292.00 | NA | NA | 0.00 |
| | 16 HSBC/Carsn Attn: Bankruptcy Dept. Po Box 15521 Wilmington DE 19805 | | 108.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 17 IRS Non-Priority Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | 9,703.00 | NA | NA | 0.00 |
| | 18 Jasmine Moore 3042 W North Shore Chicago IL 60645 | | 0.00 | NA | NA | 0.00 |
| | 19 K and P Auto Body C/o Jorge Lopez 4810 W Deming Chicago IL 60639 | | 15,000.00 | NA | NA | 0.00 |
| | 2 Armor Systems CO Attn: Bankruptcy Dept. 1700 Kiefer Dr Ste 1 Zion IL 60099 | | 104.00 | NA | NA | 0.00 |
| | 20 Maunga Thembeka 1501 W Farwell #3 Chicago IL 60626 | | 3,000.00 | NA | NA | 0.00 |
| | 21 MBB Attn: Bankruptcy Dept. 1460 Renaissance Dr Park Ridge IL 60068 | | 325.00 | NA | NA | 0.00 |
| | 22 TD BANK USA/Targetcred Attn: Bankruptcy Dept. Po Box 673 Minneapolis MN 55440 | | 359.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 23 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| | 24 Trumbull Insurance Company Attn Bankruptcy Dept. One Hartford Plaza Hartford CT 06155 | | 8,324.00 | NA | NA | 0.00 |
| | 3 AT&T Bankruptcy Dept. PO Box 6416 Carol Stream IL 60197 | | 500.00 | NA | NA | 0.00 |
| | 4 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 457.00 | NA | NA | 0.00 |
| | 5 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 1,037.00 | NA | NA | 0.00 |
| | 6 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 6,656.00 | NA | NA | 0.00 |
| | 7 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 7,747.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 8 COMENITY BANK/Buckle Attn: Bankruptcy Dept. Po Box 182789 Columbus OH 43218 | | 301.00 | NA | NA | 0.00 |
| | 9 COMENITY BANK/Carsons Attn: Bankruptcy Dept. 3100 Easton Square Pl Columbus OH 43219 | | 472.00 | NA | NA | 0.00 |
| | Douglas, Knight & Associates, Inc. ATTN: Marilyn Gonzalez - 192408 PO Box 10517 Bradenton FL 34282 | | 0.00 | NA | NA | 0.00 |
| | Geico Insurance Bankruptcy Dept. 1 Geico Plaza Washington DC  20046 | | 0.00 | NA | NA | 0.00 |
| 1 | American InfoSource LP as agent for | 7100-000 | NA | 522.94 | 522.94 | 0.00 |
| 10 | American Infosource Lp As Agent For | 7100-000 | NA | 512.36 | 512.36 | 0.00 |
| 2 | Ford Motor Credit Company Llc | 7100-000 | NA | 20,304.50 | 20,304.50 | 0.00 |
| 3-1 | IRS | 7100-000 | NA | 2,601.44 | 2,601.44 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 448.79 | 448.79 | 0.00 |
| 4 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 627.08 | 627.08 | 0.00 |
| 5 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 177.26 | 177.26 | 0.00 |
| 6 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 513.63 | 513.63 | 0.00 |
| 7 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 340.65 | 340.65 | 0.00 |
| 8 | Trumbull - The Hartford | 7100-000 | NA | 8,323.72 | 8,323.72 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 11,506,824.00 | $ 34,372.37 | $ 34,372.37 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-15959 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | GREGG SZILAGYI, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | Hector Favela | | | | Date Filed (f) or Converted (c): | 04/29/2014 (f) |
| | Angelica Favela | | | | 341(a) Meeting Date: | 05/22/2014 |
| For Period Ending: | 03/15/2018 | | | | Claims Bar Date: | 07/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account - CHASE | 500.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. BOOKS PICTURES ART ETC | 50.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 5. JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| 6. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 7. AUTOMOBILE OR OTHER VEHICLE 2012 FORD FUSION | 11,843.00 | 0.00 | | 0.00 | FA |
| 8. AUTOMOBILE OR OTHER VEHICLE - 2014 FORD FOCUS | 14,497.00 | 0.00 | | 0.00 | FA |
| 9. AUTOMOBILE OR OTHER VEHICLE - 2008 NISSAN SENTRA | 6,555.00 | 0.00 | | 0.00 | FA |
| 10. MEXICAN REAL ESTATE (u) | Unknown | 0.00 | | 6,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $35,945.00 | $0.00 | | $6,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS REVOKED THE DEBTORS DISCHARGE.  THE TRUSTEE IN PROCESS OF EVALUATING WHETHER ADDITIONAL ASSETS MAY BE RECOVERED.

TFR TO BE FILED BEFORE 8-31-2016.

Initial Projected Date of Final Report (TFR): 06/01/2016      Current Projected Date of Final Report (TFR): 09/01/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-15959 | Trustee Name: GREGG SZILAGYI, TRUSTEE |
| Case Name: Hector Favela | Bank Name: Associated Bank |
| Angelica Favela | Account Number/CD#: XXXXXX2906 |
| | Checking |
| Taxpayer ID No: XX-XXX5758 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/15/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/22/15 | 10 | ANGELICA FAVELA | REMAINING SALES PROCEEDS FROM UNDISCLOSED REAL ESTATE | 1210-000 | $6,000.00 | | $6,000.00 |
| 07/22/15 | 101 | Clerk of the U. S. Bankruptcy Court 219 S. Dearborn Street Chicago, Il 60604 | FIling fee for adversary | 2700-000 | | $350.00 | $5,650.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,640.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,630.00 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,620.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,610.00 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,600.00 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,590.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,580.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,570.00 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,560.00 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,550.00 |

Page Subtotals: $6,000.00 $450.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-15959 |
| Case Name: | Hector Favela |
| | Angelica Favela |
| Taxpayer ID No: | XX-XXX5758 |
| For Period Ending: | 03/15/2018 |

| Trustee Name: | GREGG SZILAGYI, TRUSTEE |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX2906 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/20/16 | 102 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, Illinois  60605<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,350.00 | $4,200.00 |
| 10/20/16 | 103 | Clerk of the U. S. Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, Il 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $3,940.00 |
| 10/20/16 | 104 | IRS<br>Bankruptcy Dept.<br>Po Box 7346<br>Philadelphia,Pa 19101 | Final distribution to claim 3 representing a payment of 32.45 % per court order. | 5800-000 | | $3,940.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $6,000.00 | $6,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,000.00 | $6,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,000.00 | $6,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals:   $0.00   $5,550.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2906 - Checking | $6,000.00 | $6,000.00 | $0.00 |
|  | $6,000.00 | $6,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| **Total Net Deposits:** | **$6,000.00** |
| **Total Gross Receipts:** | **$6,000.00** |

Page Subtotals:  $0.00    $0.00